```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHN WALSH,

                                Petitioner,

          -against-

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

                               Respondent.
-------------------------------------------------------------X

23-CV-00818 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       The Plaintiff's request for review of a Social Security Decision under 42 U.S.C. § 405(g) was fully briefed on August 14, 2023. For the first time in his Reply Brief, the Plaintiff raised the issue of a "disability freeze" necessitating a recalculation of his date last insured. See ECF No. 12. The Court requests that the Respondent submit a letter, no more than three pages, responding to the Plaintiff's argument by December 1, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    November 20, 2023
               New York, New York