CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

December 27, 2023

<u>Via ECF</u>
Hon. Paul G. Gardephe
United States District Court Judge
United States Courthouse for the SDNY
40 Foley Square
New York, New York 10007

          RE: <u>Walsh v. Kijajazki</u>
             1:23 civ 818 (PGG)(BCM)

Dear Judge Gardephe:

 I am writing to the request an extension of time to file plaintiff's Objections to the December 13, 2023 Report and Recommendation by which Magistrate Judge Sarah Netburn recommends that the Court deny plaintiff's Motion for reversal and grant Defendant's Motion affirming the denial of Mr. Walsh's claim for Social Security disability benefits. Document No. 16.

 Due to multiple deadlines and long-scheduled time off for the holidays, I have not completed these papers by today. With the consent of the opposing counsel, Candace Casey Brown, I hereby request an extension of time to file Objections by January 10, 2024.

 Thank you for Your Honor's attention to this matter.

                Very truly yours,

                */s/ Christopher J. Bowes, Esq.*
                Christopher J. Bowes, Esq.

cc: Candace Brown Casey
   Special Assistant U.S. Attorney
   Office of Program Litigation, Office 2
   Office of the General Counsel
   Social Security Administration
   6401 Security Boulevard

Hon. Denis R. Hurley  RE:  <u>Siegmund v Colvin</u>
May 30, 2018  2:15 civ 0219 (DRH)

Baltimore, MD 21235

**MEMO ENDOSED:**  The application is granted. Plaintiff's objections to Judge Netburn's Report and Recommendation are due **January 10, 2024**.

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Date: December 28, 2023