UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN WALSH,

           Plaintiff,

- against -

KILOLO KIJAZAZI, Acting Commissioner of Social Security,

           Defendant.

**ORDER**

23 Civ. 818 (PGG) (SN)

PAUL G. GARDEPHE, U.S.D.J.:

      Plaintiff John Walsh filed this action on January 31, 2023, pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking review of a decision by the Commissioner of Social Security that he is not entitled to disability insurance benefits under Title II of the Social Security Act. (Cmplt. (Dkt. No. 1))

      On February 2, 2023, this Court referred the case to Magistrate Judge Sarah Netburn. (Dkt. No. 5) On June 30, 2023, Plaintiff moved for judgment on the pleadings. (Dkt. No. 10) Defendant Acting Commissioner of Social Security filed an opposition brief on July 31, 2023. (Dkt. No. 11) This Court referred Plaintiff's motion to Judge Netburn for a Report and Recommendation ("R&R") on August 17, 2023. (Dkt. No. 13)

      Judge Netburn issued an R&R on December 13, 2023 recommending that Plaintiff's motion for judgment on the pleadings be denied and that the Commissioner's decision be affirmed. (R&R (Dkt. No. 16))

      In a March 8, 2024 order, this Court adopted the R&R in its entirety. (Dkt. No. 20)

Accordingly, the Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

Dated: New York, New York
       June 10, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge