**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN WALSH,

                    Plaintiff,                    23 **CIVIL** 818 (PGG)(SN)

        -against-                          **<u>JUDGMENT</u>**

KILOLO KIJAZAZI, Acting Commissioner
of Social Security,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 11, 2024, this Court has adopted the R&R in its entirety.

Judgment is entered in favor of Defendant; accordingly, the case is closed.

**Dated:** New York, New York
         June 11, 2024

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                              **BY:**     *K. Mango*

                                                    **Deputy Clerk**